**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NEOLAYER LLC,<br><br>           *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br><br>           *Defendants*. | Civil Action No. 2:26-cv-00458<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE,**
**ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
**AND WAIVER OF FOREIGN SERVICE REQUIREMENT**

Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., (collectively "Defendants"), without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer, or otherwise respond to Plaintiff's Complaint.  In support of their Motion, Defendants state as follows:

1.      On June 6, 2026, Plaintiff filed its Complaint alleging patent infringement against Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.

2.      Counsel for Defendants have agreed to waive service under the Hague Convention for Samsung Electronics Company, Ltd., a foreign entity, in exchange for a 90-day extension of time for all Defendants to answer or otherwise plead by September 22, 2026.

3.      Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including for instance, Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd. request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint be extended up to and including September 22, 2026.

Dated: June 24, 2026                              Respectfully submitted,

By:   */s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.,*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 24, 2026.

/s/ Melissa R. Smith
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

/s/ Melissa R. Smith
Melissa R. Smith