**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| NEOLAYER LLC, | § | |
| | § | |
| v. | § | Case No. 2:26-cv-458 |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| et al. | § | |
| | § | |

**JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER**

Pursuant to the Order of this Court (Dkt. No. 20), Plaintiff Neolayer LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. jointly submit this motion seeking entry of the attached agreed Discovery Order.

Dated: October 14, 2026

*/s/ Warren J. McCarty, III*
Warren J. McCarty, III
State Bar No.: 24107857
Sean Keller
State Bar No. 24124532
Zachary Grinovich
State Bar No. 24149804
**AHMAD, ZAVITSANOS & MENSING, PLLC**
2001 Ross Avenue, Suite 520
Dallas, Texas 75201
Telephone: (214) 800-4501
wmccarty@azalaw.com
skeller@azalaw.com
zgrinovich@azalaw.com

Andrea L. Fair
Texas Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
andrea@millerfairhenry.com

Jason McManis
State Bar No. 24088032
jmcmanis@azalaw.com
Weining Bai
State Bar No.: 24101477
wbai@azalaw.com
Thomas DelRosario
State Bar No. 24110645
tdelrosario@azalaw.com
Louis Liao
State Bar No.: 24109471
lliao@azalaw.com
Colin Phillips
State Bar No. 24105937
cphillips@azalaw.com
Chun Deng
State Bar No. 24133178
cdeng@azalaw.com

Respectfully submitted

*/s/ Benjamin K. Thompson*
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Jared Hartzman
DC Bar No. 1034255
hartzman@fr.com
Elizabeth DeToro (pro hac vice forthcoming)
DC Bar No. 90018514
detoro@fr.com
Woohyeong Cho
DC Bar No. 1697343 (pro hac vice forthcoming)
cho@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, SW, Ste 1000
Washington, D.C. 20024
Telephone: (202) 783-5070

Benjamin K. Thompson
GA Bar No. 633211
bthompson@fr.com
Steffen C. Lake
GA Bar No. 512272
lake@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309

Melissa R. Smith
State Bar No. 24001351
Melissa@gillamsmithlaw.com
**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.***

**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062

***Attorneys for Plaintiff***
***NeoLayer LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on October 14, 2026. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/ Colin B. Phillips*
Colin B. Phillips

**CERTIFICATE OF CONFERENCE**

I hereby certify that Parties have conferred via email from October 5 to October 14, 2026, and agreed on the relief requested herein.

*/s/ Colin B. Phillips*
Colin B. Phillips